UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JULIE PERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.:  3:20-CV-00151-JCH |
| ) | |
| **MONRO, INC.,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of April, 2020, Defendant Monro, Inc.'s Initial Disclosures and a CD with documents Bates numbered M000001-M000435, were served via US mail, postage prepaid to plaintiff's counsel Bryan P. Fiengo, Esq., Suisman, Shapiro, Woll, Brennan, Gray & Greenberg, P.C., 2 Union Plaza, Suite 200, P.O. Box 1591, New London, CT 06320.

1

                                                   */s/ Kimberly A. Jones*
Kimberly A. Jones, MO Bar No. 46688
(pro hac vice)
**SEYFERTH BLUMENTHAL & HARRIS LLC**
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone: 816-756-0700
Facsimile: 816-756-3700
Email: kim@sbhlaw.com

Kevin J. Greene, Esq.
Halloran & Sage LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103-4303

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of April, 2020 the above and foregoing was served via the Court's CM/ECF system to:

Bryan P. Fiengo, Esq.
Suisman, Shapiro, Woll, Brennan, Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
bfiengo@ssswbgg.com

**ATTORNEY FOR PLAINTIFF**

                                          */s/ Kimberly A. Jones*
Attorney for Defendant