UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE PERRY, | ) |
| Plaintiff, | ) CASE NO. 3:20-CV-00151-JCH |
| v. | ) |
| MONRO, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of April, 2020, Plaintiff, Julie Perry, served Plaintiff's First Set of Interrogatories and Request for Production on Defendants' counsel: Kimberly A. Jones and Kevin J. Greene via electronic mail.

                        THE PLAINTIFF

                        By:  /s/ Bryan P. Fiengo
                        Bryan P. Fiengo
                        Fed. Bar No. ct27346
                        Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
                        2 Union Plaza, Suite 200, P.O. Box 1591
                        New London, CT 06320
                        Tel. (860) 442-4416
                        Fax (860) 442-0495
                        Email: bfiengo@sswbgg.com

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

## CERTIFICATION

This is to certify that on the 29th day of April, 2020, a copy of the foregoing was sent electronically and/or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                /s/   Bryan P. Fiengo
                                                Bryan P. Fiengo
                                                Commissioner of the Superior Court

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114