UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JULIE PERRY,** | ) | Civil Action No.: 3:20-cv-00151-JCH |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MONRO, INC.,** | ) | |
| | ) | |
| | ) | **JUNE 15, 2020** |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's March 17, 2020 Scheduling Order Regarding Case Management, Plaintiff, Julie Perry ("Plaintiff" or "Perry") and Defendant, Monro, Inc. ("Defendant" or "Monro") jointly submit the following status report:

**A.   The status of the case, identifying any pending or anticipated motions and any circumstances potentially interfering with the parties' compliance with the scheduling order, as well as a detailed statement of all discovery undertaken to date, including how many depositions each party has taken and the Specific discovery that remains to be completed.**

The case is in its early stages.  No motions are pending.

The parties do not currently know of any circumstances potentially interfering with the parties' compliance with the scheduling order.

The parties have exchanged initial disclosures.  Defendant has served discovery, and Plaintiff has responded; the parties are working cooperatively on potential issues.  Plaintiff has served discovery, and Defendant will respond.  No depositions have been noticed or taken by either party.

Defendant anticipates filing a dispositive motion by January 2, 2021 in accordance with the scheduling order.

**B.     Any interest in referral for settlement purposes to a United States magistrate judge or the district court's Special Masters program.**

The parties agree to a referral for settlement purposes to a United States magistrate judge.

**C.     Whether the parties will consent to either a jury trial or a bench trial before a magistrate judge**.

The parties do not consent to either a jury trial or a bench trial before a magistrate judge.

**D.     The estimated length of trial**.

At this point, the parties cannot accurately anticipate the length of the trial, but estimate it may take two weeks.

| | |
|---|---|
| PLAINTIFF,<br>JULIE PERRY | DEFENDANT,<br>MONRO, INC. |
| /s/<br>Bryan P. Fiengo<br>Federal Bar No. ct27346<br>SUISMAN, SHAPIRO, WOLL, BRENNAN<br>GRAY & GREENBERG, P.C.<br>2 Union Plaza, Suite 200<br>P. O. Box 1591<br>New London, CT  06320<br>(860) 442-4416<br>(860) 442-0495 Fax<br>bfiengo@sswbgg.com | /s/<br>Kevin J. Greene<br>Federal Bar No. ct16742<br>HALLORAN & SAGE LLP<br>225 Asylum Street<br>Hartford, CT  06103<br>(860) 522-6103<br>(860) 548-0006 Fax<br>greene@halloransage.com<br><br>Kimberly A. Jones<br>MO Bar No. 46688 (pro hac vice)<br>SEYFERTH BLUMENTHAL & HARRIS LLC<br>4801 Main Street, Suite 310<br>Kansas City, MO  64112<br>(816) 756-0700<br>(816) 756-3700 Fax<br>kim@sbhlaw.com |

6489667v.1