**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JULIE PERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:  3:20-CV-00151-JCH** |
| | ) | |
| **MONRO, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DEPOSITION OF PLAINTIFF**
**JULIE PERRY**

PLEASE TAKE NOTICE that Defendant, by and through its attorneys of record, will take

the deposition of Plaintiff Julie Perry in the above referenced matter.  The deposition will take

place at Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103-

4303, on Thursday, September 24, 2020, commencing at 9:30 a.m.  The deposition will be recorded

by stenographic and videographic means by an officer of the court with the power to administer

oaths.

Respectfully submitted,

*/s/ Kimberly A. Jones*
Kimberly A. Jones, MO Bar No. 46688
(pro hac vice)
**SEYFERTH BLUMENTHAL & HARRIS LLC**
4801 Main Street, Suite 310
Kansas City, MO  64112
Telephone:  816-756-0700
Facsimile:  816-756-3700
Email: kim@sbhlaw.com

Kevin J. Greene, Esq.
Halloran & Sage LLP
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103-4303

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this 2nd day of July, 2020, a copy of the foregoing was filed electronically through the court's CM/ECF System.

Bryan P. Fiengo, Esq.
Suisman, Shapiro, Woll, Brennan, Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
bfiengo@ssswbgg.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Kimberly A. Jones*
Attorney for Defendant
